IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRICE WESTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-5111 |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| INTERCULTURAL FAMILY SERVICES, INC. | : | |

## O R D E R

**AND NOW**, this  5th  day of January, 2015, upon consideration of the Motion for Summary Judgment of Defendants, City of Philadelphia, Nefertiti Savoy, and Richard Ames, Esquire (ECF No. 27), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED**.  **JUDGMENT** is entered in favor of Defendants, City of Philadelphia, and Nefertiti Savoy, and against Plaintiff, Beatrice Weston.

It is further **ORDERED** that upon **STIPULATION** of the Plaintiff (Pl.'s Resp. to Defs.' Mot. for Summ. J., ECF No. 30), Defendant, Richard Ames, Esquire, is **DISMISSED** from this action.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**